UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**SIMON CERCEDO CRUZ, et al.,**

    **Plaintiffs,**

**v.**                                                   Case No.  8:04-cv-2326-T-30EAJ

**LEONARDO GOMEZ and
GOMEZ HARVESTING, INC.,**

    **Defendants.**
_____/

## ORDER OF DISMISSAL

The Court has been advised via Plaintiffs' Notice of Settlement (Dkt. #22) that the above-styled action has been settled.  Accordingly, pursuant to Local Rule 3.08(b) of the M.D.Fla., it is

**ORDERED** and **ADJUDGED** that this cause is hereby **DISMISSED** without prejudice subject to the right of any party to re-open the action within <u>sixty (60) days</u> of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown*.  After that 60-day period, however, dismissal shall be with prejudice.  All pending motions, if any, are **DENIED** as moot.  The Clerk is directed to close the file.

**DONE** and **ORDERED** in Tampa, Florida on September 14, 2005.

                                                                            JAMES S. MOODY, JR.
                                                                            UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2004\04-cv-2326.dismissal.wpd